# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

## GENERAL ORDER 19-0006

It appearing that Jeffrey I. Cummings has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective February 1, 2019; therefore

It is hereby ordered pursuant to Local Rule 72.1 that Magistrate Judge Cummings is to become the designated magistrate judge in any pending civil or criminal cases where Magistrate Judge Michael T. Mason was the designated magistrate judge as of January 31, 2019; and

It is further ordered that the attached list of miscellaneous cases pending before Magistrate Judge Mason are hereby transferred to Magistrate Judge Cummings; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Cummings, all hearing dates, deadlines, and schedules set by Magistrate Judge Mason in the attached list of cases are to remain in effect.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this _1st_ day of February, 2019

1

**Miscellaneous Cases to be Transferred to Magistrate Judge Jeffrey I. Cummings**

| Case Number | Case Title |
| --- | --- |
| 14 M 618 | USA v. Suppressed |
| 15 M 372 | USA v. Suppressed |
| 15 M 571 | USA v. Suppressed |
| 15 M 575 | USA v. Suppressed |
| 15 M 576 | USA v. Suppressed |
| 16 M 36 | USA v. Suppressed |
| 16 M 98 | USA v. Suppressed |
| 16 M 99 | USA v. Suppressed |
| 16 M 100 | USA v. Suppressed |
| 16 M 101 | USA v. Suppressed |
| 16 M 130 | USA v. Suppressed |
| 16 M 131 | USA v. Suppressed |
| 16 M 384 | USA v. Suppressed |
| 16 M 420 | USA v. Suppressed |
| 16 M 423 | USA v. Suppressed |
| 16 M 594 | USA v. Suppressed |
| 16 M 598 | USA v. Suppressed |
| 16 M 600 | USA v. Suppressed |
| 16 M 601 | USA v. Suppressed |
| 17 M 58 | USA v. Suppressed |
| 17 M 64 | USA v. Suppressed |
| 17 M 67 | USA v. Suppressed |
| 17 M 291 | USA v. Suppressed |

| | |
|---|---|
| 17 M 307 | USA v. Suppressed |
| 17 M 329 | USA v. Suppressed |
| 17 M 384 | USA v. Suppressed |
| 17 M 451 | USA v. Suppressed |
| 17 M 534 | USA v. Suppressed |
| 17 M 536 | USA v. Suppressed |
| 18 M 118 | USA v. Suppressed |
| 18 M 149 | USA v. Suppressed |
| 18 M 150 | USA v. Suppressed |
| 18 M 151 | USA v. Suppressed |
| 18 M 152 | USA v. Suppressed |
| 18 M 153 | USA v. Suppressed |
| 18 M 154 | USA v. Suppressed |
| 18 M 155 | USA v. Suppressed |
| 18 M 156 | USA v. Suppressed |
| 18 M 157 | USA v. Suppressed |
| 18 M 158 | USA v. Suppressed |
| 18 M 161 | USA v. Suppressed |
| 18 M 163 | USA v. Suppressed |
| 18 M 168 | USA v. Suppressed |
| 18 M 216 | USA v. Suppressed |
| 18 M 413 | USA v. Suppressed |
| 18 M 427 | USA v. Suppressed |
| 19 M 35 | USA v. Suppressed |
| 19 M 36 | USA vs. Suppressed |

| | |
|---|---|
| 19 M 37 | USA vs. Suppressed |
| 19 M 38 | USA vs. Suppressed |
| 19 M 39 | USA vs. Suppressed |
| 19 M 40 | USA vs. Suppressed |
| 19 M 41 | USA vs. Suppressed |
| 19 M 42 | USA vs. Suppressed |
| 19 M 43 | USA vs. Suppressed |
| 19 M 44 | USA vs. Suppressed |
| 19 M 45 | USA vs. Suppressed |
| 19 M 46 | USA vs. Suppressed |