UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In the Matter of the Search of:

The residence consisting of the ▮▮▮▮
condominium ▮▮▮ located at ▮▮▮▮
▮▮▮▮,

Chicago, Illinois, further described in
Attachment A-1

Case No. 19 M 35

Magistrate Judge Beth W. Jantz

**UNDER SEAL**

**ORDER**

By prior Order in the above-captioned matter, this Court directed the government to file a redacted version of the Search Warrant and Application and Affidavit in this matter so that, following this Court's review and approval of those redacted documents, this Court would issue an order unsealing the redacted documents, with all other filings in the above-captioned matter to remain permanently sealed.

The government has now filed a redacted version of the Search Warrant (Dkt. No. 23), a redacted version of the Search Warrant return (Dkt. No. 24) and a redacted version of the Application and Affidavit (Dkt. No. 25).[1]

---

[1] The Application filed in this matter references a premises different than that identified in the Search Warrant. The government has represented to this Court that the Application's reference to another premises is in error. The Court notes that the underlying Affidavit was filed in support of eight search warrants, including the above-captioned premises and the premises referenced in the Application, and that a separate search warrant was issued the same day for the premises identified in the application (*see* Dkt. No. 19 M 37). Further, the caption in the Search Warrant has been used for all filings in this matter. Therefore, the caption of this matter when unsealed should, subject to the limitations imposed below, use that set forth in the Search Warrant and not the Application.

This Court has reviewed the redacted documents and finds them acceptable for unsealing.

Accordingly, this Court HEREBY ORDERS:

A.    The District Court Clerk shall unseal this matter in a manner such that the redacted version of the Search Warrant (Dkt. No. 23), the redacted version of the Search Warrant return (Dkt. No. 24) and the redacted version of the Application and Affidavit (Dkt. No. 25) are the only pleadings that are publicly accessible;

B.    Other than the three redacted documents described in Paragraph A above, all other filings in the above-captioned matter, including the original Search Warrant and Application and Affidavit, shall remain permanently sealed; and

C.    Any redactions to the caption of the Search Warrant shall likewise be made to the name of this matter on the publicly accessible docket.


ENTER:

BETH W. JANTZ
United States Magistrate Judge

DATE: 6/3/2022